UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:24-CR-19 |
| | ) | JUDGE CORKER |
| STEPHEN O. ANAGOR | ) | |

**GOVERNMENT'S U.S.S.G. § 3E1.1(b) MOTION**

The United States, through the United States Attorney for the Eastern District of Tennessee and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by entering a guilty plea, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently. The United States therefore requests a one-level reduction in defendant's offense level under the advisory sentencing guidelines.

Respectfully submitted, this the 3rd day of November, 2025.

FRANCIS M. HAMILTON, III
UNITED STATES ATTORNEY

By: *s/ Mac D. Heavener, III*
Mac D. Heavener, III,
Assistant United States Attorney
FL BPR 0896748
220 West Depot Street, Suite 423
Greeneville, Tennessee 37743
(423) 639-6759
Mac.Heavener@usdoj.gov